UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-CV-23935

ROXANA BEVERLY,
F/K/A ROXANNE ZWELLING
An Individual,

    Plaintiff,
vs.

NISSAN MOTOR ACCEPTANCE COMPANY,
LLC., A foreign entity

    Defendant(s).
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, NISSAN MOTOR ACCEPTANCE COMPANY, LLC ("NISSAN"), by and through the undersigned counsel, hereby moves this Court for an extension of time within which respond to the Complaint (the "Complaint") filed by Plaintiff, ROXANA BEVERLY, F/K/A ROXANNE ZWELLING (the "Plaintiff"), and as grounds thereof states as follows:

    1.    Plaintiff filed the Complaint on December 2, 2022 [Doc. 1].

    2.    Nissan was served with a Summons and Complaint on or about December 5, 2022.

    3.    Accordingly, Nissan's response to the Complaint is currently due December 26, 2022.

    4.    Nissan has recently retained the undersigned as counsel.

    5.    Nissan and the undersigned need additional time to review the allegations in the Complaint and gather the necessary information in order to prepare an appropriate response, including the relevant correspondence, the account records, and other information related to the purported dispute.

6. Nissan therefore requests a thirty (30) day extension of time through and including Wednesday, January 25, 2023 to respond to the Complaint.

7. The extension sought herein is not interposed for the purposes of delay and if granted will not prejudice any party. Rather, this extension may benefit the parties insofar as it will permit the parties time to engage in preliminary discussions regarding a potential amicable resolution prior to substantive litigation needing to commence.

8. The undersigned has conferred with counsel for the Plaintiff, and counsel for Plaintiff has no objection to the extension sought herein.

## MEMORANDUM OF LAW

Rule 6(b) provides that this Court may grant extensions of time in its discretion for cause shown. Fed. R. Civ. P. 6(b). Here, Nissan is seeking an extension of time to review and respond to the Plaintiff's Complaint, compile relevant information, and engage in preliminary settlement discussions. Since this brief extension of time is sought in good faith, not for any purposes of delay, is unopposed, and will not interfere with the orderly advancement of this litigation, Nissan respectfully requests that the Court grant its request for an extension of time.

**WHEREFORE**, Defendant, NISSAN MOTOR ACCEPTANCE COMPANY, LLC, respectfully requests that this Court grant the extension until January 25, 2023 to file a response to Plaintiff's Complaint, as well as any such other relief that this Court deems just and proper. A copy of the proposed order granting this Motion is attached hereto.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Counsel for Defendant contacted Plaintiff's Counsel prior to filing this motion, and Plaintiff has consented to the relief requested herein.

                                        McGLINCHEY STAFFORD

                                        */s/ Joseph A. Apatov*
                                        Joseph A. Apatov, Esq.

>Florida Bar No. 93546
>Alyssa Weiss, Esq.
>Florida Bar No. 1032088
>MCGLINCHEY STAFFORD
>One East Broward Blvd., Ste. 1400
>Telephone: (954) 356-2516
>Fax: (954) 252-3808
>Primary E-Mail: japatov@mcglinchey.com
>                aweiss@mcglinchey.com
>Secondary E-Mail: rwalters@mcglinchey.com
>                  kotero@mcglinchey.com
>***Counsel for Defendant NISSAN***

## CERTIFICATE OF SERVICE

I certify that on December __21st___, 2022, a true and accurate copy of the foregoing has been electronically filed with the Clerk of the Court by using the CM/ECF system, causing a copy to be served on counsel for all parties of record.

>*/s/ Joseph A. Apatov*
>Attorney